# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JOSEPH E. TIERNEY  
5634 BROAD STREET  
ROSCOE, IL 61073

SSN-xxx-xx-9315

Case Number: 05-73502

Case filed on: 7/12/2005  
Plan Confirmed on: 9/2/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $34,752.67           Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS | 0.00 | 0.00 | 18,434.10 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 18,434.10 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 002 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ALLIED INTERSTATE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ROCKFORD MERCANTILE AGENCY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ROCKFORD MERCANTILE AGENCY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JOSEPH E. TIERNEY | 0.00 | 0.00 | 709.58 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 709.58 | 0.00 |
| 003 | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS | 5,129.65 | 5,129.65 | 5,129.65 | 0.00 |
| 004 | ROCK VALLEY FEDERAL CREDIT UNION | 4,653.81 | 2,551.46 | 2,551.46 | 537.32 |
| 005 | UNITED CONSUMER FINANCIAL SERVICES | 500.00 | 500.00 | 500.00 | 27.82 |
|  | Total Secured | 10,283.46 | 8,181.11 | 8,181.11 | 565.14 |
| 005 | UNITED CONSUMER FINANCIAL SERVICES | 676.78 | 676.78 | 676.78 | 16.91 |
| 006 | CREDITORS BANKRUPTCY SERVICE | 128.76 | 128.76 | 128.76 | 3.21 |
| 007 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | NEXTEL | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ROCKFORD ANESTHESIOLOGISTS ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ROCKFORD ORTHOPEDIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ST ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | MUTUAL MANAGEMENT SERVICES | 93.75 | 93.75 | 93.75 | 2.32 |
| 019 | ROCKFORD MERCANTILE AGENCY INC | 1,159.98 | 1,159.98 | 1,159.98 | 28.95 |
|  | Total Unsecured | 2,059.27 | 2,059.27 | 2,059.27 | 51.39 |
|  | Grand Total: | 15,042.73 | 12,940.38 | 32,084.06 | 616.53 |

Total Paid Claimant: $32,700.59  
Trustee Allowance: $2,052.08  
Percent Paid Unsecured: 100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 01/29/2008             By /s/Heather M. Fagan